UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. BURPEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HUFF, et al.,<br><br>　　　　Defendant. | 1:21-cv-00297 HBK  (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Todd D. Burpe, a state prisoner, is proceeding *pro se* on his civil rights complaint under 42 U.S.C. § 1983 filed March 2, 2021.  Doc. No. 1.  Plaintiff did not accompany his complaint with the $402.00 filing fee or an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, it is ORDERED:

1. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.

2. No requests for extension will be granted without a showing of good cause.

3. Plaintiff is warned that his failure to comply with this order will result in dismissal of this action.

1

1
2  IT IS SO ORDERED.
3
4  Dated:   March 8, 2021                    _____
                                              HELENA M. BARCH-KUCHTA
5                                             UNITED STATES MAGISTRATE JUDGE

2