UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. BURPEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUFF and UNKNOWN CORRECTIONAL OFFICER,<br><br>　　　　Defendants. | No. 1:21-cv-00297-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 25 |

    Plaintiff Todd D. Burpee is proceeding *pro se* and *in forma pauperis* in this prisoner action filed pursuant to 42 U.S.C. § 1983. Docs. 1, 7. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    Following screening of the complaint, a summons was issued for Unknown Correctional Officer on August 29, 2023. Doc. 14. The officer could not be identified by the U.S. Marshals Service based on the information provided by plaintiff and the summons was returned unexecuted. Doc. 17. On Nov. 14, 2023, the magistrate judge issued an order to show cause as to why Unknown Correctional Officer should not be dismissed from this action. Doc. 20. Plaintiff failed to respond to the order to show cause. Doc. 25 at 3. More than 90 days have passed since the screening of the complaint. *See* Rule 4(m).

    On February 13, 2024, the assigned magistrate judge issued findings and recommendations to dismiss defendant "Unknown Correctional Officer" based on plaintiff's

failure to serve him under Rule 4(m) of the Federal Rules of Civil Procedure.  Doc. 25.  The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days of service.  *Id*.  Plaintiff has not filed any objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of this case.  After carefully reviewing the action, the court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly, the court **ORDERS**:

1. The findings and recommendations issued on February 13, 2024 (Doc. 25) are **ADOPTED** in full;
2. Pursuant to Rule 4(m), defendant Unknown Correctional Officer is **DISMISSED** without prejudice; and
3. The Clerk of Court is **DIRECTED** to correct the docket to terminate Unknown Correctional Officer.

IT IS SO ORDERED.

Dated:   June 14, 2024

UNITED STATES DISTRICT JUDGE

2