UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. BURPEE,<br><br>              Plaintiff,<br><br>     v.<br><br>HUFF,<br><br>              Defendant. | Case No.  1:21-cv-00297-KES-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 39)<br><br>AUGUST 4, 2025 DEADLINE |

Pending before the Court is Plaintiff Todd Burpee's motion for an extension of time filed on June 20, 2025.  (Doc. No. 39, "Motion").[1]  Plaintiff seeks a 30-day extension to file an opposition to Defendant's Motion for Summary Judgment (Doc. No. 36) which was filed on June 3, 2025.

Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made after the time has expired, if the party failed to act because of excusable neglect.  Additionally, Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent.[2]

---

[1] Plaintiff signed and dated the Motion on June 16, 2025.

[2] The Case Management and Scheduling Order directed any opposition to dispositive motions be filed within thirty (30) days form the date the motion is filed.  (Doc. No. 34 at III.¶ D).

The Court finds Plaintiff's pro se and incarcerated status constitutes good cause to grant Plaintiff an extension of time.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for an Extension of Time (Doc. No. 39) is GRANTED.

2. Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be delivered to correctional officers for mailing **no later than August 4, 2025**.

3. If Plaintiff fails to timely file an opposition, the Court will deem Defendant's Motion for Summary Judgment ripe for review without the benefit of an opposition from Plaintiff.

Dated:    June 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2