UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TODD D. BURPEE, | No. 1:21-cv-00297-KES-HBK (PC) |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| HUFF, et al., | |
| Defendants. | Docs. 36, 43 |

Plaintiff Todd D. Burpee is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983. Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2025, defendant Huff moved for summary judgment on plaintiff's equal protection claim. Doc. 36. On August 27, 2025, the assigned magistrate judge issued findings and recommendations to grant Huff's motion for summary judgment, finding no genuine dispute of material fact as to whether Huff's alleged discrimination was intentional. Doc. 43 at 8–9. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days of service. *Id.* at 10. Plaintiff has not filed any objections and the time to do so has passed. *See* docket.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds the findings and recommendations to

1

1  be supported by the record and proper analysis.

2      Accordingly:

3      1. The findings and recommendations issued on August 27, 2025, Doc. 43, are adopted
4         in full;

5      2. Huff's motion for summary judgment, Doc. 36, is granted; and

6      3. The Clerk of the Court is directed to enter judgment for Huff and close this case.

9  IT IS SO ORDERED.

10      Dated:    October 21, 2025

                                      UNITED STATES DISTRICT JUDGE

2